TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
martin.mayer@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Jose Rigoberto Mejia Cruz,<br><br>Petitioner<br><br>v.<br><br>Todd Blanche, *et al.*,<br><br>Respondents | Case No. 2:26-cv-02047-CDS-EJY<br><br>**Order Granting Unopposed Motion for Extension of Time for Federal Respondents to File a Response to Petition for Writ of Habeas Corpus (First Request)**<br><br>[ECF No. 5] |

Federal Respondents, through undersigned counsel, move this Court for a seven-day extension, from July 22, 2026, to and including July 29, 2026, to file a Response to Petitioner's Petition, ECF No. 1. This extension is requested because undersigned counsel needs to receive additional information from DHS. Petitioner's counsel does not oppose this extension; however, she indicated that she would likely oppose any additional extensions.

This is Federal Respondents' first request for an extension of time in this matter. This request is made in good faith and not for purposes of undue delay.

WHEREFORE, Federal Respondents respectfully request that the Court grant this Unopposed Motion for Extension of Time and extend the deadline for Federal Respondents to file a Response to the Petition, ECF No. 1, through and including July 29, 2026.

Respectfully submitted this 22nd day of July 2026.

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Martin J. Mayer*
MARTIN J. MAYER
Special Assistant United States Attorney
*Attorneys for the Federal Respondents*

IT IS SO ORDERED nunc pro tunc to July 22, 2026.

______________________________
United States District Judge

Dated: July 27, 2026